BC



RECEIVED
2/18/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JKS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|

| In re Kimberly J. Brown, | Northern District of Illinois |
| Enjoined Party | Executive Committee |
| | 26-cv-01674 |

**ENJOINED PARTY'S MOTION TO VACATE EXECUTIVE COMMITTEE ORDER**

Enjoined Party, Kimberly Jean Brown, a licensed Illinois attorney appearing pro se, respectfully moves to vacate the Executive Committee's Order ("Order") entered on February 17, 2026 under Rule 59(e) or other applicable rule.

## I. THE "55-MINUTE LOCKOUT" AND DEPRIVATION OF ACCESS

- On February 17, 2026, the final statutory deadline for Enjoined Party to file her Rule 59(e) motion in Case No. 24-cv-13132, this Committee opened this case and entered an Order at 3:35 PM revoking Enjoined Party's electronic filing privileges.

- The Clerk's Office for the Northern District of Illinois officially closes to the public at 4:30 PM, 55 minutes after the Order was entered.

- By issuing a summary Order mandating "physical delivery" to the courthouse (Room 2050) exactly 55 minutes before the courthouse closed, the Committee created a procedural and physical impossibility for Enjoined Party to comply with Order and timely file her 24-cv-13132 motion.

- Moreover, Enjoined Party did not become aware of the Order until after the courthouse closed.

## II. LACK OF RULE TO SHOW CAUSE

Enjoined Party was denied a Rule to Show Cause or any opportunity to respond to the January

20, 2026 referral to the Committee before this Order was entered. As an attorney and officer of the court, Enjoined Party is entitled to notice and a hearing before restrictive sanctions are imposed. The Committee's "summary lockout" effectively bars a licensed attorney from the court without providing constitutionally mandated due process.

**III. MANIFEST ERRORS OF FACT**

The Order claims Enjoined Party filed five cases "over the last twelve months." However, three of the five cases listed were filed several years ago:

- Case No. 1:20-cv-04893 was filed in 2020, 6 years ago

- Case No. 1:20-cv-05195 was filed in 2020, 6 years ago

- Case No. 1:23-cv-02506 was filed in 2023, 3 years ago

An order predicated on such patent inaccuracies constitutes manifest error.

**IV. VIOLATION OF THE ADA AND JUDICIAL POLICY**

The Order mandates "physical delivery" to Room 2050.  However, the Enjoined Party suffers from a disability that makes travel to the courthouse impossible, a fact which has been disclosed to the Court.  Revoking both CMECF electronic access as well as ILND pro-se filer electronic dropbox for a disabled officer of the court without an interactive process is a flagrant violation of federal accessibility policies and the Americans with Disabilities Act.

**V.  REQUEST FOR RELIEF**

Enjoined Party requests the Committee:

- immediately vacate this Order and restore her access to electronic filing; and,

- issue a Show Cause order to provide Enjoined Party with due process before affecting her rights in the future.

V. VERIFICATION

I, Kimberly Jean Brown, a licensed Illinois attorney declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2026.

/s/ Kimberly Jean Brown

Kimberly Jean Brown, JD
1026 E 46th St, Unit 2E, Chicago, IL 60653
773-673-0324
Kim@PrivacyGladiators.com