

BC

RECEIVED
AXM
3/7/2026
THOMAS G. BRUTON
CLERK U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|                          |   | Executive Committee |
|--------------------------|---|---------------------|
| In RE Kimberly J. Brown  | \| | 1:26-cv-01674       |

## NOTICE OF FILING

Take Notice that Enjoined Party, Kimberly J. Brown, has submitted the attached

documents to the Executive Committee for it's approval.  Once approved the Executive

Committee will file the documents on CM/ECF for distribution to the attorneys of record:

**Documents to be filed in 26-1343[1]**

1) Disclosure Statement (originally submitted on March 5, 2026 but incorrectly rejected, Ex A).

Respectfully Submitted,

/s/ Kimberly Jean Brown

Kimberly Jean Brown, JD
1026 E 46th St, Unit 2E, Chicago, IL 60653
Kim@PrivacyGladiators.com
773-673-0324
March 7, 2026

―――――――――――

[1]Awaiting Executive Committee's approval & submission to corresponding case docket:

1. Docketing statement submitted on Feb. 26, 2026 for  26-1343

2. Motion to stay appeal submitted on Mar. 3, 2026 for 26-1343

3. Ruling on renewed motion to vacate filing restrictions

**CERTIFICATE OF SERVICE**

I certify that on March 5, 2026, I caused the Disclosure Statement to be uploaded to the ILND electronic pro se dropbox.[2] However, it was incorrectly rejected. I am re-submitting this Notice and the Disclosure Statement to the ILND electronic pro se dropbox on March 7, 2026. Once approved, the Executive Committee will file the document on the CM/ECF system for Case No. 26-1343, which will then forward the filed document to the attorneys of record.

/s/ Kimberly Brown

Kimberly Jean Brown, JD

---

[2]Pursuant to Executive Committee Order in 1:26-cv-01674 issued February 17, 2026 (ECF 1) as clarified on February 20, 2026 (ECF 5).

Exhibit A



---

# Unable to Process

1 message

**Box-NoReply** <box-noreply@ilnd.uscourts.gov>                    Fri, Mar 6, 2026 at 2:33 PM
To: kim@privacygladiators.com <kim@privacygladiators.com>

Good afternoon,

This document is being returned to you unprocessed. This Box PDF filing appears to be for the appellate court, as we only accept district court documents through this online filing website.


Please DO NOT reply to this email as it will not be answered.  If you have any questions please contact the Help Desk at 312-582-8727 or the Intake Desk at 312-435-5691.

---

 **26-1343 disclosure statememt (1).pdf**
63 KB

**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 26-1343

Short Caption: Brown et al vs. Garner et al

   To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

   The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ] **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Pro se representation: Kimberly Jean Brown

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

N/A

(3) If the party or amicus is a corporation:

i) Identify all its parent corporations, if any; and

N/A

ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

N/A

Attorney's Signature: s/ Kimberly Jean Brown          Date: March 2, 2026

Attorney's Printed Name: Kimberly Jean Brown, JD

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   **Yes** ✕   **No** _____

Address: 1026 E 46th St, Unit 2E, Chicago, IL 60653

Phone Number: 773-673-0324          Fax Number:

E-Mail Address: kim@privacygladiators.com

rev. 01/15 GA